IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PINELLAS COUNTY, FLORIDA

CASE NO. 18-003709-CI
Division: CI-

AKSHAY M. DESAI, M.D.,

      Plaintiff,

vs.

NAVIGATORS INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL
## BY DEFENDANT NAVIGATORS INSURANCE COMPANY

PLEASE TAKE NOTICE that Defendant NAVIGATORS INSURANCE COMPANY hereby notifies this Honorable Court of the attached Notice of Removal, seeking removal of this action to the United States District Court of the Middle District of Florida, Tampa Division.  A true and correct copy of the Notice of Removal, without exhibits, is attached to this Notice as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Middle District of Florida, and filing copies thereof with the Clerk for the Sixth Judicial Circuit Court, County of Pinellas, Defendant has effected removal, unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

EXHIBIT B

## <u>CERTIFICATE OF SERVICE</u>

I certify that on **July 26, 2018**, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal which will send notice of this electronic filing to: George A. Vaka, Esq., gvaka@vakalaw.com and Richard N. Asfar, Esq., rasfar@vakalaw.com (Attorneys for Plaintiff).

/s/ *Nicholas D. Freeman*
NICHOLAS D. FREEMAN
Florida Bar No. 118620
nicholas.freeman@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
(407) 203-7599 - Phone
(407) 648-1376 – Facsimile
Attorneys for Defendant,
NAVIGATORS INSURANCE COMPANY

EXHIBIT B