# REGISTER OF ACTIONS
### CASE NO. 18-003709-CI



| | | |
|---|---|---|
| AKSHAY M DESAI, MD Vs. NAVIGATORS INSURANCE COMPANY | Case Type: | CONTRACTS AND INDEBTEDNESS - CIRCUIT |
| | Date Filed: | 06/05/2018 |
| | Location: | Section 20 |
| | Judicial Officer: | MEYER, KEITH |
| | UNIFORM CASE NUMBER: | 522018CA003709XXCICI |

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **DEFENDANT** | NAVIGATORS INSURANCE COMPANY<br>ONE PENN PLAZA<br>NEW YORK, NY 10119 | |
| **PLAINTIFF** | DESAI, AKSHAY M, MD<br><br>777 SOUTH HARBOUR ISLAND BLVD.<br>SUITE 300<br>TAMPA, FL 33602 | RICHARD N ASFAR<br><br>VAKA LAW GROUP PL<br>777 S HARBOUR ISLAND<br>BLVD STE 300<br>TAMPA, FL 33602<br><br>813-549-1799(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 06/05/2018 | CIVIL COVER SHEET | Doc # 1 |
| 06/05/2018 | COMPLAINT | Doc # 2 |
| | W/EXHIBITS ATTACHED | |
| 06/05/2018 | SUMMONS TO BE ISSUED | Doc # 3 |
| | ISSUED | |
| | Party: NAVIGATORS INSURANCE COMPANY | |

## FINANCIAL INFORMATION

**PLAINTIFF** DESAI, AKSHAY M, MD

| | |
|---|---|
| Total Financial Assessment | 410.00 |
| Total Payments and Credits | 410.00 |
| **Balance Due as of 07/25/2018** | **0.00** |

| | | | |
|---|---|---|---|
| 06/05/2018 | Transaction Assessment | | 410.00 |
| 06/05/2018 | E-FILE PAYMENT | Receipt # EF-2018-20239    DESAI, AKSHAY M | (410.00) |