UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AKSHAY M. DESAI, M.D.,   CASE NO.: 8:18-cv-1843-VMC--AAS

    Plaintiff,

vs.

NAVIGATORS INSURANCE
COMPANY,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.), the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action C including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Navigators Insurance Company; Navigators Group Inc.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Navigators Group Inc.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors= committee (or twenty largest unsecured creditors) in bankruptcy cases:

    Navigators Insurance Company

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Akshay M. Desai, M.D.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I certify that on **August 2, 2018**, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: George A. Vaka, Esq., gvaka@vakalaw.com and Richard N. Asfar, Esq., rasfar@vakalaw.com (Attorneys for Plaintiff).

/s/ *Nicholas D. Freeman*
NICHOLAS D. FREEMAN
Florida Bar No. 118620
nicholas.freeman@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
(407) 203-7599 - Phone
(407) 648-1376 – Facsimile
Attorneys for Defendant,
NAVIGATORS INSURANCE COMPANY