**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:18-cv-1843-T-02AAS | **DATE:** November 20, 2018 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **AKSHAY M. DESAI,**<br><br>        Plaintiff,<br><br>v.<br><br>**NAVIGATORS INSURANCE COMPANY,**<br><br>        Defendant. | **PLAINTIFF COUNSEL**<br>Richard N. Asfar<br><br><br>**DEFENDANT COUNSEL**<br>David S. Sheiffer | |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 8:55 AM - 10:05 AM<br>**TOTAL:** 1 hour, 10 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   MOTION HEARING re Motion to Dismiss Amended Complaint [Doc. 25] (in chambers)

Attorney Thomas Korge (FL Dept. of Financial Sources) participated by telephone.

The Court heard argument from Defendant and Plaintiff.

Mr. Asfar objected to Mr. Korge making an argument on the record. Mr. Korge advised the Court he has not been asked to intervene in this matter. The Court overruled Mr. Asfar's objection.

The Court informed the parties that the issues of this case will need to be placed in front of the Court in cross-motions for summary judgment. The Court will allow responses and replies to responses.

The Court directed the parties to contact the courtroom deputy once they reach an agreement as to any Friday on which they are available for a hearing on motions for summary judgment.

Court adjourned.